

**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:**   **COX'S PARADISE, LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000444323 | Formation Locale: | NEVADA |
| Filing Type: | Limited Liability Company - Foreign 03/28/2003 9:35 AM | Date Formed: | 09/24/2001 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 2 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |
| Obligated Member Entity: | Yes | | |
| OME Effective Date: | 03/28/2003 | | |

**Registered Agent Address**
FLINT COX
219 US HIGHWAY 45 W
HUMBOLDT, TN  38343-5871

**Principal Address**
219 US HIGHWAY 45 W
HUMBOLDT, TN  38343-5871

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/25/2022 | 2021 Annual Report | B1186-5999 |
| 03/30/2021 | 2020 Annual Report | B1011-0984 |
| 12/16/2020 | Articles/Statement of Correction | B0956-2032 |
| | OME Effective Date Changed  From: 11/25/2020  To: 03/28/2003 | |
| 11/25/2020 | Application for Amended Certificate of Authority | B0951-1061 |
| | Commenced Doing Business in TN Date Changed  From: No value  To: 03/28/2003 | |
| | Obligated Member Entity Changed  From: No Value  To: Yes | |
| | OME Effective Date Changed  From: No value  To: 11/25/2020 | |
| 03/03/2020 | 2019 Annual Report | B0827-2671 |
| 02/05/2019 | 2018 Annual Report | B0649-6058 |
| 01/30/2018 | 2017 Annual Report | B0488-7991 |
| | Member Count Changed  From: 1  To: 2 | |
| 01/24/2017 | 2016 Annual Report | B0335-5974 |
| 02/16/2016 | 2015 Annual Report | B0196-7318 |
| 02/24/2015 | 2014 Annual Report | B0056-4662 |

# Filing Information

| Name: | **COX'S PARADISE, LLC** | |
|---|---|---|
| Member Count Changed  From: 2  To: 1 | | |
| 03/26/2014   2013 Annual Report | | 7311-2333 |
| Principal Address 1 Changed  From: 23 WEATHERFORD SQ  To: 219 US HIGHWAY 45 W | | |
| Principal City Changed  From: JACKSON  To: HUMBOLDT | | |
| Principal Postal Code Changed  From: 38305-2202  To: 38343-5871 | | |
| Principal County Changed  From: MADISON COUNTY  To: GIBSON COUNTY | | |
| Registered Agent Physical Address 1 Changed  From: 23 WEATHERFORD SQ  To: 219 US HIGHWAY 45 W | | |
| Registered Agent Physical City Changed  From: JACKSON  To: HUMBOLDT | | |
| Registered Agent Physical County Changed  From: MACON COUNTY  To: GIBSON COUNTY | | |
| Registered Agent Physical Postal Code Changed  From: 38305-2202  To: 38343-5871 | | |
| 01/31/2013   2012 Annual Report | | 7141-0439 |
| Registered Agent First Name Changed  From: KRISTIE  To: FLINT | | |
| Registered Agent Middle Name Changed  From: R  To: No Value | | |
| Registered Agent Last Name Changed  From: MCCARVER  To: COX | | |
| 02/17/2012   2011 Annual Report | | 6999-0409 |
| Principal Address 1 Changed  From: 23 WEATHERFORD SQUARE  To: 23 WEATHERFORD SQ | | |
| Principal Postal Code Changed  From: 38305  To: 38305-2202 | | |
| Principal County Changed  From: No value  To: MADISON COUNTY | | |
| 01/21/2011   2010 Annual Report | | 6818-1217 |
| 03/02/2010   2009 Annual Report | | 6663-3135 |
| 01/26/2009   2008 Annual Report | | 6430-0341 |
| 02/01/2008   2007 Annual Report | | 6203-2196 |
| Mail Address Changed | | |
| 02/12/2007   2006 Annual Report | | 5950-0430 |
| Principal Address Changed | | |
| Registered Agent Physical Address Changed | | |
| 03/22/2006   2005 Annual Report | | 5727-0075 |
| 04/07/2005   2004 Annual Report | | 5425-0423 |
| 03/25/2004   2003 Annual Report | | 5082-2589 |
| Member Count Changed | | |
| 03/28/2003   Initial Filing | | 4772-1309 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|