**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

---

**COX PARADISE, LLC, as assignee,**

     Plaintiff,

v.
                                  **No.: 2:22-cv-02283MSN-atc
JURY DEMANDED**

**NORTHFIELD INSURANCE COMPANY**

     Defendant.

---

**JOINT STIPULATION OF SELECTION OF MEDIATOR**

---

COME NOW the parties by and through counsel of record and submit this Joint Stipulation of Selection of Mediator pursuant to ADR Plan 5.4(c)(1). The parties hereby stipulate to John I. Houseal, Attorney at Law in Memphis, Tennessee, as Mediator for this matter. The first mediation session is currently scheduled for September 1, 2022.

                          Respectfully submitted,

                          /s/:  Toby Gammill
                          Toby Gammill (BPR # 025225)
                          GAMMILL LAW GROUP, LLC
                          1911 Dunbarton Drive
                          Jackson, MS 39216
                          Phone: (601) 487-2300
                          Fax:    (601) 420-2426
                          E-mail:toby@gammill-law.com
                              *Attorney for Plaintiff*

2

/s/: S. Newton Anderson

S. Newton Anderson (BPR #9335)
119 South Main, Suite 700
Memphis, Tennessee 38103
Phone: (901) 522-2305
Fax:    (901) 526-0213
E-mail:sna@spicerfirm.com
*Attorney for Defendant*

2