IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

COX'S PARADISE LLC as
ASSIGNEE                                                    )
Plaintiff                                                  )
                                                           )
v.                                                         )        No.: 2:22-cv-2283-MSN-atc
                                                           )
NORTHFIELD INSURANCE COMPANY
Defendant

---

### MOTION FOR VOLUNTARY NON-SUIT WITHOUT PREJUDICE

COMES NOW Plaintiff by and though undersigned counsel and moves the Court for a voluntary non-suit without prejudice and would show this Honorable Court the following:

Plaintiff incorporates herein by reference the Memorandum in Support of Motion for Voluntary Nonsuit.

Plaintiff consulted with Defendant on October 16, 2023 regarding this motion for voluntary nonsuit without prejudice and Defendant indicated on October 17, 2023 that it did not object to the motion but could not consent to the motion.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that its motion for voluntary non-suit be entered of record with this Court.

Respectfully submitted,

 **/s/Drayton D. Berkley**
Drayton D. Berkley, Esq.(022601)
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

S. Newton Anderson, Esq.
SPICER RUDSTROM
119 South Main Ste 700
Memphis, TN 38103

This, the 17th day of October 2023

   **/s/Drayton D. Berkley**
**Drayton D. Berkley**